

# IN THE
# TENACE COURT OF APPEALS

---

## No. 10-20-00258-CV

## IN RE LDG001, LLC AND DJD LAND PARTNERS, LLC

---

## Original Proceeding

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. DC-C202000421

---

## MEMORANDUM OPINION

---

Relators' Petition for Writ of Injunction, filed on October 2, 2020, is denied; and

Relators' Emergency Motion for Stay is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition denied
Motion dismissed as moot
Opinion delivered and filed October 5, 2020
[OT06]

